UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JONES, an individual, and DENISE HIEMAN-JONES, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; POWER DEFAULT SERVICES, INC., a Delaware Corporation; CITIBANK, N.A., AS TRUSTEE, and DOES 1-10;<br><br>　　　　　Defendants. | Case No.: 2:09:-cv-03262-JAM-DAD<br><br>ORDER ON JOINT STIPULATION RE PLAINTIFFS DOUGLAS JONES AND DENISE HIEMAN-JONES' PROPOSED AMENDED COMPLAINT AND DEFENDANTS AMERICAN HOME MORTGAGE SERVICING, INC., POWER DEFAULT SERVICES, INC. AND CITIBANK, N.A.'S TIME TO RESPOND TO COMPLAINT |

　　　　WHEREAS, this Court having considered the "Stipulation Re Plaintiffs Douglas Jones and Denis Hieman-Jones' Proposed Amended Complaint, and Defendants AMERICAN HOME MORTGAGE SERVICING, INC., POWER DEFAULT SERVICES, INC. AND CITIBANK, N.A.'s Time to Respond to Complaint," and the complete files and records of this action,

　　　　NOW, THEREFORE, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiffs Douglas Jones and Denise Hieman-Jones ("Plaintiffs") shall have until December 11, 2009 to file an amended complaint;

-1-

[PROPOSED] ORDER ON STIPULATION RE PROPOSED AMENDED COMPLAINT AND TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com

2.    If Plaintiffs file an amended complaint on or before December 11, 2009, Defendants AMERICAN HOME MORTGAGE SERVICING, INC., POWER DEFAULT SERVICES, INC. and CITIBANK, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Securities Series 2007-HE2 (collectively "Defendants") shall each respond to that amended complaint within twenty (20) calendar days of service of the amended complaint; and,

3.    If Plaintiffs do not file an amended complaint on or before December 11, 2009, Defendants shall each respond to Plaintiffs' original complaint by December 18, 2009.

Dated:  12/01/2009

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER ON STIPULATION RE PROPOSED AMENDED COMPLAINT AND TIME TO RESPOND**

PDF created with pdfFactory trial version www.pdffactory.com